## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

**LINDA WORTHINGTON**                                         **PLAINTIFF**

**v.**                                **CIVIL ACTION NO. 3:06-cv-00141-TSL-JCS**

**MARRIOTT INTERNATIONAL, INC.;**                            **DEFENDANTS**
**AHT RESIDENCE INN II GP, INC.;**
**AHT RESIDENCE INN II LIMITED PARTNERSHIP;**
**RESIDENCE INN BY MARIOTT, INC.;**
**JOHN DOES #1-20**

---

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

---

       Pursuant to the Federal Rules of Civil Procedure, Plaintiff Linda Worthington and Defendant Marriott International, Inc., AHT Residence Inn II GP, Inc., AHT Residence Inn II Limited Partnership, and Residence Inn by Marriott, Inc. (hereinafter referred to as "Defendants"), having reached settlement, jointly move the Court by *ore tenus* motion for an order dismissing this action with prejudice as to Defendants.  Such motion has come before the Court and is granted.

       Therefore, this action is hereby dismissed with prejudice with all parties to bear their own costs and expenses, including attorney's fees.

       THIS the   16TH   day of February, 2007.


/s/ Tom S. Lee
**UNITED STATES DISTRICT JUDGE**

**AGREED TO AND APPROVED:**


_____/s/J. Christopher Klotz_____
J. Christopher Klotz, Esq.
COXWELL & ASSOCIATES, PLLC
500 North State Street
Jackson, Mississippi  39201-1109

**COUNSEL FOR PLAINTIFF**



_____/s/Robert F. Walker_____
Robert F. Walker, Esq.
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.
4268 I-55 North, Meadowbrook Office Park
Jackson, Mississippi  39211-6391

**COUNSEL FOR DEFENDANTS**